# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNNY RAY CHANDLER**, | : | **CIVIL ACTION NO. 1:13-CV-1489** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **WARDEN J.E. THOMAS**, | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 17th day of July, 2013, upon consideration of this Court's Administrative Order dated June 10, 2013 (Doc. 3), informing plaintiff that this case would be dismissed without prejudice unless, within thirty days, he either paid the statutory filing fee of $350.00, or filed a properly completed application to proceed in forma pauperis, and, notwithstanding this admonition, thirty days have elapsed and plaintiff has neither made an appropriate submission nor requested an extension of time in which to do so, it is hereby ORDERED that:

1. This action is DISMISSED without prejudice.
2. The Clerk of Court shall CLOSE this case.

                                        S/ Christopher C. Conner
                                        CHRISTOPHER C. CONNER
                                        United States District Judge